Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorney for Plaintiff,
ALDORA GEORGE

**UNITED STATES DISTRICT COURT,**
**CENTRAL DISTRICT OF CALIFORNIA,**
**EASTERN DIVISION**

| | |
|---|---|
| ALDORA GEORGE, | Case No.: 5:10-cv-00339-VAP-DTB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| DELANOR KEMPER & ASSOCIATES, LLC., | |
| Defendant. | |

NOW COMES the Plaintiff, ALDORA GEORGE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: May 24, 2010              KROHN & MOSS, LTD.


                                 By: /s/ Nicholas J. Bontrager
                                     Nicholas J. Bontrager
                                     Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I, Nicholas J. Bontrager, hereby certify that a true and correct copy of the foregoing was served electronically via CM/ECF upon all counsel of record on May 24, 2010.

                                 By: /s/ Nicholas J. Bontrager
                                     Nicholas J. Bontrager