1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDORA GEORGE,<br><br>           Plaintiffs,<br><br>v.<br><br>DELANOR KEMPER & ASSOCIATES, LLC.,<br><br>           Defendant. | CASE NO. EDCV10-00339-VAP (DTBx)<br><br>**ORDER ON STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

The Court has reviewed the Stipulation of Plaintiff ALDORA GEORGE and Defendant DELANOR KEMPER & ASSOCIATES, LLC to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

**1**

06274.00/165447

[PROPOSED] ORDER RE STIPULATION RE DISMISSAL

1.    That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

2.    The Court retains jurisdiction in this case solely to enforce settlement.

**IT IS SO ORDERED:**

DATED: June 24, 2010    _____
                                        UNITED STATES DISTRICT COURT JUDGE